*Mr. John F. Anderson* and *Harriet Buckingham* and *Mr. Ernest R. Bell* for petitioner. *Messrs. Eli Whitney Debevoise* and *Robert C. Morris* for respondent.

No. 318. CONSOLIDATED DISTRIBUTORS, INC. *v.* ATLANTA. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mr. George C. Spence* for petitioner. *Mr. J. C. Murphy* for respondent.

No. 330. GOLDBLATT BROS., INC. *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Nicholas J. Pritzker* and *Stanford Clinton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for the United States.

No. 331. WOOD *v.* FEDERAL LAND BANK OF OMAHA ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William Lemke* for petitioner. *Messrs. J. C. Pryor* and *C. A. Sorensen* for respondents.

No. 333. THOMPSON, TRUSTEE, *v.* GALLIEN ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Fred. G. Hudson, Jr.* for petitioner.

No. 334. MINGORI ET AL. *v.* BRODERICK, COLLECTOR OF INTERNAL REVENUE. October 12, 1942. Petition for